IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BLAIR H. BLANCHETTE | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv139 |
| MITCH WOODS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Blair H. Blanchette, proceeding *pro se*, filed the above-styled civil rights lawsuit against Mitch Woods, George Miller, Jeff Theriot, Daren Cassidy, R. Vega and Deputy Ardoin. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The defendants have filed a motion for summary judgment. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recomending the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The defendants' motion for summary judgment is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the **30** day of **October, 2014.**

_____
Thad Heartfield
United States District Judge